# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-1236                                      September Term, 2014

FCC-DA14-1605

Filed On: November 14, 2014 [1522297]

In re: CBS Corporation, et al.,

        Petitioners

### O R D E R

Upon consideration of petitioners' motion to withdraw the motion for stay, and the joint stipulation of voluntary dismissal, it is

**ORDERED** that the motion to withdraw be granted. It is

**FURTHER ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate shall issue.

                                               FOR THE COURT:
                                               Mark J. Langer, Clerk

                              BY:    /s/
                                               Mark A. Butler
                                               Deputy Clerk